**Keith Russell JUDD, Plaintiff—Appellant,**

v.

**UNITED STATES of America, et al., Defendant—Appellee.**

No. 06–6200.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2006.

Decided: April 26, 2006.

Keith Russell Judd, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Russell Judd appeals the district court's order denying his motions for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Judd v. United States,* No. 3:00–cv–00034–WCB (N.D.W.Va. Jan. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*